UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHNSON, | No. 2:22-cv-0613 KJM KJN P |
| Plaintiff, | |
| v. | ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |
| LT. J. MATA, et al., | |
| Defendants. | |

Plaintiff, a federal inmate formerly housed at the Federal Correctional Institution in Herlong, California ("FCI Herlong"), filed this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing an amended complaint, if possible, taking account of the court's order filed on April 10, 2023. *See* ECF No. 61. Laura A. Neacato has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED:

1. Laura A. Neacato is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint that: (1) more appropriately classifies plaintiff's alleged harms under the already recognized context of Eighth Amendment medical need claim, and (2) clears up what processes the Bureau of Prisons might have used in first

assessing his claims. The amended complaint shall be filed within 120 days from the date of this order.

2. Laura A. Neacato's appointment will terminate when plaintiff's amended complaint is filed, or a notice that an amended complaint would not be appropriate is filed.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Laura A. Neacato, Delfino Madden, 500 Capitol Mall, Suite 1550, Sacramento, CA 95814.

DATED: April 11, 2023.

CHIEF UNITED STATES DISTRICT JUDGE