UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>LT. J. MATA, et al.,<br><br>            Defendants. | No. 2:22-cv-0613 DAD KJN P<br><br>ORDER |

On August 10, 2023, plaintiff's counsel filed a motion for two week extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 65) is granted; and

2. Plaintiff is granted up to and including August 24, 2023, in which to file the amended complaint.

Dated: August 14, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/john0613.36

1